```
Law Offices Of P. Randall Noah
P. Randall Noah, SBN 136452
21 Orinda Way, Suite C, #316
Orinda, CA 94563
Tel. (925) 253-5540
Fac. (925) 253-5542
Email: pnoah@ix.netcom.com
Attorney for Plaintiff,
Sylvia Dutra
```

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA DUTRA, | CASE NO. 4:22-CV-02150-DMR |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. _____/ | |

The plaintiff gives notice that this case has settled. The parties are working to finalize the settlement documentation. The parties will, as soon as possible, file with the Court a stipulation and order to dismiss this case with prejudice.

RESPECTFULLY SUBMITTED

June 10, 2022.

Law Offices of P. Randall Noah

By: /s/ P. Randall Noah

P. Randall Noah, Attorney for Plaintiff,
Sylvia Dutra